IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-227-CV





BERNADINE K. JOHNSON, INDIVIDUALLY AND AS


TRUSTEE FOR DAVID K. JOHNSON, MARY


JOHNSON, AND DIANE JOHNSON,



 APPELLANT


vs.





SEMINOLE PIPELINE COMPANY,



 APPELLEE



 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 92-259-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: June 8, 1994

Do Not Publish